

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2019

No. 04-19-00383-CV

Hien Minh **CAO,**
Appellant

v.

Hoang **CAO**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV03006
Honorable John Francis Davis, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

It is so **ORDERED** on this 30th day of August, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

